EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 0 2003

at ___ o'clock and 24 min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 03-00302 SOM |
| Plaintiff, ) | |
| vs. ) | INDICTMENT |
|  ) | [21 U.S.C. § 860(a)] |
| ALVIN B. DAVIS, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges that:

On or about March 28, 2003, in the District of Hawaii, defendant ALVIN B. DAVIS did knowingly and intentionally distribute approximately .345 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled

substance, within one thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Sections 860(a) and 841(b)(1)(C).

DATED: ~~May~~ June 10, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney