ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

789046

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00302SOM-01 |

ALVIN B. DAVIS

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ALVIN B. DAVIS and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2007

at 9 o'clock and 40 min A M
SUE BEITIA, CLERK

2006 DEC 15 AM 10:50
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | DECEMBER 15, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No Bail Warrant        By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI . | | |
| Date Received 12-15-06 | NAME AND TITLE OF ARRESTING OFFICER RUSSELL NAKASATO DUSOM | SIGNATURE OF ARRESTING OFFICER [signature] |
| Date of Arrest 1-26-07 | | |