# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/1/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 03-00302SOM

CASE NAME:         USA vs.  Alvin B. Davis

ATTYS FOR PLA:     Michael Kawahara
                   Frank Condello (USPO)

ATTYS FOR DEFT:    Alexander Silvert for Donna Gray

INTERPRETER:

JUDGE:     Susan Oki Mollway        REPORTER:     Debra Chun

DATE:      2/1/2007                 TIME:         11:20 - 11:45

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Alvin B. Davis present and in custody.

Court recommends not proceeding as to violation nos. 1 and 2 in light of the 9th Circuit Stevens case - no objection by the parties, however the Government is not waving the opportunity to argue.

Defendant admits violation nos. 3 and 4.

Court finds that there is sufficient evidence to support violation no. 3 and 4, and the defendant has not met the conditions of supervised release.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 14 Months.

JUDICIAL RECOMMENDATIONS: 1) Vocational and Educational Training; 2) Drug Treatment.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.