CORRESPONDENCE



**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

---

Office of the Warden

P.O. Box 30547
Honolulu, HI 96820

March 1, 2007

The Honorable Susan Oki Mollway
United States District Judge
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

RE: DAVIS, Alvin B.
    Reg. No. 89266-022
    DOC. NO. 1:03CR00302-001

Dear Judge Mollway:

Thank you for your recommendation concerning Alvin Davis, an inmate currently confined at the Federal Detention Center in Honolulu, Hawaii (FDC Honolulu). On the Judgement and Commitment Order, you recommend that he participate in drug treatment, educational and vocational training.

Inmate Davis was designated to FDC Honolulu to serve the remainder of his 14-month sentence for Supervised Release Violation. He has a projected release date of January 31, 2008. During his initial classification, the unit team will advise inmate Davis of your recommendations and ensure that he is actively enrolled in appropriate drug counseling as determined by Psychology staff. Although we do not presently offer the 500-hour Residential Drug Program, we will recommend that inmate Davis participate in our 40-hour Drug Treatment Program offered through our Psychology Department. During this initial classification meeting, Education Department staff are also present to review his educational history and recommend appropriate educational courses. We do not offer vocational training due to the nature of our facility. Regular program reviews by his unit team will ensure inmate Davis completes programs prior to his release from custody.

We appreciate the Court's recommendation and will be pleased to discuss this matter with you, should you desire. Please feel free to contact me at 838-4370.

Sincerely,

John T. Rathman
Warden

MAR 0 5 2007